■ In the Matter of ROBERT BAIRD, Respondent, v BILLIE LYNN HOLT, Appellant. In the Matter of BILLIE LYNN HOLT, Ap-

pellant, v ROBERT BAIRD, Respondent. [805 NYS2d 896]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered October 9, 2003. The order, inter alia, awarded petitioner-respondent Robert Baird sole custody of the parties' child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Pigott, Jr., P.J., Martoche, Smith, Pine and Hayes, JJ.